SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701
Email:   kraygor@sheppardmullin.com

*Attorneys for Applicants Woori Bank and Kwang Seok Kwon*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF WOORI BANK AND KWANG SEOK KWON PURSUANT TO 28 U.S.C. § 1782<br><br>*Applicants*. | Case No. 4:21-mc-80084<br><br>**DECLARATION OF JAE HO KIM IN SUPPORT OF *EX PARTE* APPLICATION TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782** |

## DECLARATION OF JAE HO KIM

I, Jae Ho Kim, declare as follows:

1. I am Deputy General Manager for Woori Bank (the "Bank"), a party in the above-entitled action. I have held this position for about 1 year. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of Applicants Woori Bank and Kwang Seok Kwon's ("Applicant's") *Ex Parte* Application for Subpoena Pursuant to Section 1782.

3. Woori Bank is a Korean multinational bank and financial services company established in 1899 and headquartered in Seoul. The vast majority of Woori Bank employees are located in Korea.

4. Mr. Kwang Seok Kwon has been the Representative Director (equivalent to the president and CEO) of Woori Bank since March 24, 2020, and has been in charge of overseeing and directing the financial services provided by the Bank.

5. Woori Bank's Representative Director must be elected through the Board of Directors and general meeting of shareholders of Woori Bank. During February and March 2021, Mr. Kwon was being considered for reelection as Representative Director pursuant to the Bank's rigorous selection and election process. More specifically, the "Executive Candidate Recommendation Committee" (the "Committee") is comprised of five outside directors of Woori Bank, including the Chairperson. The Committee conducts a review with regard to a candidate's personal information, career, and whether or not a candidate satisfies the eligibility requirements stipulated in the relevant regulations such as the Act on the Corporate Government of Financial Companies and internal regulations. In particular, due to the nature of banks that require a high level of integrity and compliance, the Committee conducts a high-level screening on the moral aspects of candidates, to determine whether or not they meet the eligibility requirements.

6. On February 16, 2021, in an apparent attempt to injure Mr. Kwon, improperly influence the Bank's election process, and prevent a fair election, an anonymous person or persons began making posts on the social media platform called "Blind" attacking Mr. Kwon.

7. On February 16, 2021, the anonymous person with the username "Ijlij!llij" made a post to the Blind platform attacking Mr. Kwon. The February 16 post included a picture of a middle-aged man kissing a much younger woman on the cheek ("Photo"). Attached hereto as **Exhibit 1** is a true and correct copy of the text of Ijlij!llij's February 16, 2021 post in Korean, with the Photo. Attached hereto as **Exhibit 2** is an English translation of Ijlij!llij's February 16, 2021 post together with the translator's certificate attesting to the accuracy of the translation.

8. The February 16 post was posted the Woori Bank channel on the Blind platform that is only open to Woori Bank employees. As noted above, the February 16 post included a picture of a middle-aged man kissing a much younger woman on the cheek. As shown in **Exhibits 1 and 2** hereto, the February 16 post falsely asserted that Mr. Kwon is the individual pictured in the Photo with the much younger woman, that "behind [the employees'] back[s]" Mr. Kwon "secretly had a drinking party while being physically affectionate with a young woman," and that Mr. Kwon was "hugging a woman who looks to be younger than his daughter."

9. On February 26, 2021, an anonymous person with the username "I Disagree" reposted the Photo three times to the Woori Bank channel on the Blind platform, each time falsely indicating that Mr. Kwon was the man in the Photo. These posts were made to the Woori Bank channel on the Blind platform that is only open to Woori Bank employees. Attached hereto as **Exhibit 3** is a document containing a true and correct copy of the text of I Disagree's three February 26 posts in Korean, showing that each was posted with a copy of the Photo. Attached hereto as **Exhibit 4** are English translations of the text of I Disagree's three February 26, 2021 posts, together with the translator's certificate attesting to the accuracy of the translation. As shown in **Exhibits 3 and 4**, One post by "I Disagree" said "Is this the time when you were drinking in August, when COVID-19 was prevalent?"

10. Also on February 26, 2021, an anonymous person with the username "Last question" posted the Photo to the Woori Bank channel on the Blind platform falsely indicating the person in the photo was Mr. Kwon by stating "Based on the angle of the Photo, it was taken from the front – which means that the Photo must have been taken by an aide… can a leader who gets betrayed even by his aide really be considered a leader?" This post was made to the Woori Bank

channel on the Blind platform that is only open to Woori Bank employees. **Exhibit 3** hereto contains a true and correct copy of the text of Last question's February 26 post in Korean, and **Exhibit 4** hereto contains an English translation of Last question's February 26 post, together with the translator's certificate.

11.     In spite of the attempted interference, Mr. Kwon was subsequently reelected as Representative Director. This does not diminish the harm Mr. Kwon suffered from the defamatory attacks, nor the threat the Posts posed to the integrity of the Bank's election process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of April, 2021, at Seoul, Republic of Korea.

_____
Jae Ho Kim