# EXHIBIT 1

8:53          LTE

< blind 

## 우리가 믿고 따랐던 우두머리의 민낯이고 본모습입니다.

ijlij!llij
13분

우리은행에 댓글팀이 있고 블라인드 대응팀이 있다는데 이건 완전히 국정원 댓글팀보다 더 나쁜 행동 아닌가요. 그럴 인원 있으면 지금 너무나도 바쁜 지점으로 발령내 주는 것이 옳은 행동 일 것입니다. 이글도 언제 지워질지 모르니 빨리 보시기 바랍니다.

우리가 믿고 따랐던 우두머리의 민낯이고 본모습입니다.

1만 5천명 직원들에게 바른 생활과 정도를 핏줄 서리게 강조하면서, 뒤에서는 어린 여자를 끼고 술판을 벌리고, 낯뜨거운 스킨십도 서슴지 않습니다.
그것도 요즘같이 직원도, 고객도 모두 피가 마르는 어려운 시기에 말입니다.

우리은행의 120년 넘는 장구한
역사 속에서 이런 파렴치한 행동을 했던 분이 과연 있었을까요?

앞에서는 '위기니 모두 영업에 매진하라' 외치며, 뒤에서는 딸뻘도 안된 여자를
끌어안고, 와이셔츠를 풀어헤친채

📷 댓글을 남겨주세요.

8:54    .ıll LTE

< blind

과연, 저 장소는 어디며, 품에 안겨 놀아나는 저 여성은 누구인지...

이런 사람인줄도 모르고, 수많은 직원들이 영업현장에서 땀흘리고, 본부에서 야근하며, 은행을 위해 자신을 희생합니다.

하지만, 수많은 직원들의 피와 땀이 한심한 분의, 한 여자의 하루밤 술값으로 쓰이고, 저런 인간들 목구멍으로 흘러 넘어갑니다.

개탄을 금치 못하겠습니다.
믿었기에 더더욱 분합니다.
긴 역사와 수많은 선, 후배들을 철저히 무시, 배신하는 행동입니다.

님!
우리은행은 당신의 개인 소유물이
아니며, 직원들은 당신이 시키면
고개 숙이고, 뛰어다니는 노예가
아닙니다.
우리은행은 수만명 우리인이 피땀흘려 이룬 장대하고 고귀한 산물입니다. 명심하십시오.

능력도 없으면서 높은곳 빽으로
정도를 거스르고 그 자리를

댓글을 남겨주세요.

8:54 방금 찍은 스크린샷을 공유하세요! 공유하기

능력도 없으면서 높은곳 빽으로
정도를 거스르고 그 자리를
차지 했으면, 일이라도 열심히, 똑바로 하셔야 하지 않습니까?

당신이 1년 동안 한 일을 차분히
돌이켜 보십시오.
업적이 없습니다.
아! 하나 있군요. '복장 자율화'...

VG가 있지 않냐고요?
그거 타은행을 그대로 모방한거
1만 5천 직원들이 다 알고있습니다.

비서, 참모급 그릇이 고등학교 동창의 힘을 빌려 그 자리에 앉아 있습니다.

우리은행은 지금
7~8위 은행이 되었습니다.

위기에 여자와 술에 취해있는
이 분을 그냥 보고만 있어야합니까?

정말 정말 땅을 치고 피를 토하게 하는 안타까운 현실입니다

댓글을 남겨주세요.



# EXHIBIT 2

[Translation]

**This is the true identity of the boss that we have trusted and followed.**
Ijlij!llij
13 minutes ago

Woori Bank allegedly operates an online comments monitoring team and a Blind monitoring team – isn't this worse than the online comments monitoring team at the National Intelligence Service? If they have enough personnel to operate such teams, such personnel should be assigned to a branch that is currently extremely busy. I don't know when this post will be removed, so please take a quick look.

This is the true identity of the boss that we have trusted and followed.

While emphasizing the importance of leading an ethical life to 15,000 employees, behind our back, he secretly had a drinking party while being shamefully physically affectionate with a young woman. He did so while both employees and customers are going through such difficult times.

In the long history of Woori Bank for more than 120 years, was there anyone who committed such a shameful act?

He shouts, "it is a time of crisis, so everyone should be devoted to sales." However, behind our back, he wears an unbuttoned shirt while hugging a woman who looks to be younger than his daughter.

Indeed, where on earth is this place, and who is this woman in his arms…

Countless employees who are not even aware of his true identity are sweating at sales sites, working overtime at the head office, and sacrificing themselves for the bank.

However, thousands of employees' blood and sweat go to a waste for a pathetic man's nightly drinks with a hostess, (blood and sweats) flowing down the throats of such humans.

I can't help but lament. I'm even more furious because I trusted him. It is an act that completely ignores and betrays our long history as well as many seniors and juniors of the bank.

Sir!
Woori Bank is not your personal property, and employees are not just slaves running around and bowing down when you ask them to do so.
Woori Bank is a magnificent and noble product of tens of thousands of employees. Keep that in mind.

You got that position without any ability by riding on someone's coattails. Shouldn't you at least work hard, and work in a right manner?

Take a closer look at what you have done in one year.
There are no achievements.
Oh! We got one – "no dress code"…

You may say that we have VG?
Every single one of the 15,000 employee knows that this is merely a copy/imitation of another

[Translation]

bank.

A man who is more suitable as a staff or a secretary got his current position by riding on the coattails of his high school alumnus.

Woori Bank is now ranked 7th or 8th.

Should we just watch this man who gets drunk with a woman at this time of crisis?

This is such a lamentable reality that makes me pound the ground and vomit blood.





I, Sunhee Chung, am fluent in the Korean and English Languages, I have been translating documents for over 2 years. I am competent to translate from Korean to English.

I hereby certify that the attached is, to the best of my knowledge and belief, and within the given parameters, a true and accurate translation from Korean into English of the document with the file name "**Exhibit 2 - English Translation of February 16 Post.**"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2021 in Langley, British Columbia.

_____
Sunhee Chung

2nd day of April, 2021

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |
WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# EXHIBIT 3

10:36

< blind

## 질문1

반대올시다
22분

술을 드신 시점이 코로나가 한창인 8월이 맞습니까?



댓글을 남겨주세요.

4

1

# 질문2

**반대올시다**
21분

저 여성은 누굽니까?



4

2

# 질문3

**반대올시다**
19분

저 술값은 사빈니까? 은행경빕니까?



4

3

댓글을 남겨주세요.

### 이건 아닌것 같습니다

마지막 질문
13분

사진 각도가 정면이면 측근인데....
측근도 배신하는 리더가 과연 리던인지... .



5

# EXHIBIT 4

[Translation]

**Question 1**
User: "I Disagree"
22 minutes ago

Is this the time when you were drinking in August, when COVID-19 was prevalent?


**Question 2**
User: "I Disagree"
21 minutes ago

Who is that woman?


**Question 3**
User: "I Disagree"
19 minutes ago

Did you pay for this alcohol with your own money or bank expenses?


**This is not right**
User: "Last Question"
13 minutes ago

Based on the angle of the Photo, it was taken from the front – which means that the Photo must have been taken by an aide… can a leader who gets betrayed even by his aide really be considered a leader?



I, Sunhee Chung, am fluent in the Korean and English Languages, I have been translating documents for over 2 years. I am competent to translate from Korean to English.

I hereby certify that the attached is, to the best of my knowledge and belief, and within the given parameters, a true and accurate translation from Korean into English of the document with the file name "**Exhibit 4 - English Translation of February 26 Posts.**"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2021 in Langley, British Columbia.

_____

Sunhee Chung

2nd day of April, 2021

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |
WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE