SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    (310) 228-3700
Facsimile:    (310) 228-3701
Email:    kraygor@sheppardmullin.com

*Attorneys for Applicants Woori Bank and Kwang Seok Kwon*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF WOORI BANK AND KWANG SEOK KWON PURSUANT TO 28 U.S.C. § 1782<br><br>*Applicants*. | Case No. 4:21-mc-80084<br><br>**DECLARATION OF KEEBONG PAEK IN SUPPORT OF *EX PARTE* APPLICATION TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782** |

DECLARATION OF KEEBONG PAEK

I, Keebong Paek, declare as follows:

1. I am currently a senior attorney at the law firm Kim & Chang in the Republic of Korea and have been practicing law in Korea since 2014. I am an attorney for Woori Bank and Kwang Seok Kwon ("Applicants") in Korea. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of Applicants' *Ex Parte* Application for Subpoena Pursuant to Section 1782.

3. On February 16, 2021, the anonymous person with the username "Ijlij!llij" made a post on the social media platform called "Blind" attacking Woori Bank's Representative Director (equivalent to President and CEO), Mr. Kwang Seok Kwon (the "February 16 Post"). The February 16 Post included a photo of a middle-aged man kissing a young woman on the cheek (the "Photo") and asserted that Mr. Kwon is the individual pictured in the Photo.

4. On February 26, 2021, accounts with user names "I Disagree" and "Last question" made four additional posts on the Blind platform reposting the Photo (the "February 26 Posts", together with the February 16 Post, the "Posts"). The Posts were made to the Woori Bank "channel" on the Blind platform. According to Blind platform's documentation, including the FAQ discussed further below, this means that the Posts were made by a Woori Bank employee, since the person had to register with the Blind platform using a Woori Bank email address.

5. The Blind platform holds itself out as a "community" where "verified professionals connect to discuss what matters most." Attached hereto as **Exhibit A** is a true and correct copy of the Blind platform's "About Us" page printed from the website https://www.teamblind.com/about. Attached hereto as **Exhibit B** is Blind's "FAQ" page printed from the website Blind https://www.teamblind.com/faqs. Attached hereto as **Exhibit C** is Blind's Terms of Use printed from the website https://us.teamblind.com/setting/term .

6. Attached hereto as **Exhibit D** is a printout from the California Secretary of State website providing information about Teamblind, Inc.'s business registration. Attached hereto as at

-1-

**Exhibit E** is Teamblind, Inc.'s corporate Statement of Information obtained from the California Secretary of State's website at https://businesssearch.sos.ca.gov/Document/RetrievePDF?Id=03680314-28441725. These documents show that Teamblind is a Delaware corporation registered to do business in California, with its principal place of business listed as 2001 Addison Street, Suite 300, Berkeley, CA 94704.

7. Teamblind has a branch office in South Korea. However, as explained further below, Teamblind appears to be maintaining its position that it doesn't have information for user identification and its Korea branch has no authority to access its server located at its US office.

8. On February 17, 2021, the Applicants filed a complaint with the Namdaemoon Police Station in Seoul against the anonymous "Doe" who posted the February 16 Post. The criminal complaint asserts, among other things, violations of Korea's laws against defamation and distribution of defamation using electronic communications systems, and distribution of false photographs that cause sexual humiliation. Attached hereto as **Exhibit F** is a true and correct copy of the first criminal complaint filed on February 17, 2021. This document had the file name "Criminal Complaint Submitted." Attached hereto as **Exhibit G** is an English translation of the first criminal complaint (excluding certain exhibits). Attached hereto as **Exhibit H** are the translator's certificates attesting to the accuracy of Exhibit G and the other English language translations attached to this declaration.

9. After the February 26 Posts were made, on March 15, 2021, Woori Bank and Mr. Kwon filed a second police complaint against the anonymous person or persons who posted the February 16 and February 26 Posts for attempted interference with the Bank's business operations, including intimidating and coercing Mr. Kwon to give up on serving consecutive terms as the Representative Director of Woori Bank. Attached hereto as **Exhibit I** is a true and correct copy of the second criminal complaint filed on March 15, 2021. This document had the file name "Additional Criminal Complaint." Attached hereto as **Exhibit J** is an English translation of the second criminal complaint (excluding certain exhibits). Applicants also updated their first criminal complaint. Attached hereto as **Exhibit K** is a true and correct copy of the update to the first criminal complaint. This document had the file name "Additional Memorandum re Criminal

Complaint." Attached hereto as **Exhibit L** is an English translation of the update to the first criminal complaint (excluding certain exhibits).

10. It is expected that the Korean police will investigate the alleged crimes, and as a part of their investigation, the Korean police may be considering to conduct search and seizure to collect evidence from Teamblind's Korean branch. However, public news reports indicate that attempts to obtain information will be unsuccessful. Attached hereto as **Exhibit M** hereto is a news report in Korean explaining Teamblind's claim, which is that it is difficult for the Korean branch to provide subscribers' personal information because these are encrypted, and such encrypted information do not contain information that can be used for identification. Attached hereto as **Exhibit N** is an English translation of the Korean news report.

11. On March 4, 2021, the Applicants filed a civil action 2021 GaHap15598 against John (Jane) Doe with the Seoul Central District Court (the "Korean Civil Action"). Attached hereto as **Exhibit O** is the Complaint filed in the Korean Civil Action. This document had the file name "Civil Complaint_(against_anonymous_users)-2021GaHap515598." Attached hereto as **Exhibit P** is an English translation of the Complaint in the Korean Civil Action (excluding certain exhibits).

12. The Korean Civil Action alleges defamation, insult, sexual humiliation, interference with business, and coercion. The Korean Civil Action states strong claims under Korean law, which would survive the equivalent of a motion to dismiss under Korean law. For example, to bring a claim for defamation under Korean law, the plaintiff must allege and prove (1) that the purpose of the communication was to slander; (2) that the communication was made publicly; and (3) that the fact (section 1) or false fact (section 2) was communicated to disparage the reputation of the person. The Complaint in the Korean Civil Action easily alleges these factors as shown in **Exhibit P** hereto.

13. Because the Applicants do not know the identity of the person or persons responsible for the Posts, they were forced to file the Korean Civil Action against a "Doe" defendant. If Applicants are unable to obtain information leading to the identity of the Doe defendant, Applicants will have no choice but to drop the Korean Civil Action.

14. In order to attempt to learn the identity of the Doe defendant or defendants, the Bank and Mr. Kwon filed two additional civil actions in Korea against Teamblind, Inc. and its CEO Sunguk Moon. One action alleges claims based on Teamblind's failure to filter/remove the defamatory Posts despite multiple requests to do so. The other action demands that Teamblind preserve evidence, for future collection by legal authorities through on-site examination and document production orders, that could potentially identify the person(s) who uploaded the Posts, including IP address information and information related to the accounts that uploaded the Posts.

15. In response to the civil actions brought against Teamblind, Inc., Teamblind claims that (i) its Korean branch does not have access to, or authority to access Teamblind's server, and (ii) the server does not contain information that can be used to identify users. As mentioned above, publicly available news reports confirm Teamblind's position that it is difficult for them to provide user information in Korea. Thus, I believe the only way to obtain the information requested in this Application is via an order issued to Teamblind, Inc. from a U.S. Court.

16. There is no Korean law or rule of procedure that would prohibit Applicants from submitting the information sought through this Section 1782 Application to the Seoul Central District Court and the Namdaemoon Police Station. Furthermore, there is no reason that the Korean court would be unreceptive to discovery obtained via this Section 1782 Application.

17. Korean law does not prohibit or restrict the type of discovery sought by this Section 1782 Application. Under Korean law, the same types of information could be ordered to be produced by the Korean court. Nevertheless, in practice, it would be very difficult to obtain the information from Teamblind's Korean branch (even through search and seizure) because Teamblind claims that its Korean branch does not have access to the server.

18. The discovery sought by the Applicants in this district will be used to identify the true identity of the Doe defendant(s) in the ongoing criminal and civil proceedings in Korea. Applicants seek the identity of Doe to submit to the Korean police in connection with the Korean criminal complaints that Applicants have filed against Doe. The information sought will also assist the civil action against Doe, in which Mr. Kwon seeks to pursue lawful claims that would redress his harm by demonstrating the falsity of the Posts and his innocence. If Applicants are able

to obtain information concerning the date and time of the creation of the Posts uploaders' Teamblind account(s), it would be possible to identify the uploaders of the Posts by matching that information with the information stored in Woori Bank's email servers, to locate the specific Woori Bank email account that communicated with Teamblind at the time that the Teamblind account was being created.  If Applicants are able to obtain the IP address of the user who made the Posts, then Applicants can seek discovery from the relevant internet service provider in Korea to identify the subscriber who made the Posts.  Similarly, location information could locate the person to a house or apartment building in Korea that might be matched to the address of a Bank employee.  Alternatively, if the user made purchases on the Blind platform, they may have provided a payment address or an email address that could be used to identify the person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of April, 2021, at Seoul, Republic of Korea.

_____
Keebong Paek