1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2      Including Professional Corporations
   KENT R. RAYGOR, Cal. Bar No. 117224
3  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
4  Telephone:    (310) 228-3700
   Facsimile:    (310) 228-3701
5  Email:        KRaygor@sheppardmullin.com

6  *Attorneys for Applicants Woori Bank and Kwang Seok Kwon*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE *EX PARTE* APPLICATION OF WOORI BANK AND KWANG SEOK KWON PURSUANT TO 28 U.S.C. § 1782<br><br>*Applicants*. | Case No. 4:21-mc-80084<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO ISSUE A SUBPOENA PURSUANT TO 28 U.S.C. § 1782** |
|---|---|

The Court, having read and considered Applicants Woori Bank's and Kwang Seok Kwon's ("Applicants") *Ex Parte* Application to Issue a Subpoena Pursuant to 28 U.S.C. § 1782 ("Application"), and the memorandum of law in support thereof and supporting declarations, the Court finds that for the reasons stated in the Application and accompanying memorandum of law: (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices*, Inc., 542 U.S. 241 (2004) weigh in favor of granting the Application.

The Court therefore **ORDERS**:

1. The Application is **GRANTED**; and
2. Applicants may issue to Teamblind, Inc. the document subpoena in the form attached as Exhibit A to the Application.

**IT IS SO ORDERED**.

Dated: _____

United States District Judge