SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
  Including Professional Corporations
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
Email:  KRaygor@sheppardmullin.com

*Attorneys for Applicants Woori Bank and
Kwang Seok Kwon*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF WOORI BANK AND KWANG SEOK KWON PURSUANT TO 28 U.S.C. § 1782<br><br>*Applicants*. | Case No. 4:21-mc-80084<br><br>**APPLICANTS WOORI BANK'S AND KWANG SEOK KWON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS and RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Case No.

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Civil L.R. 3-15, Applicants Woori Bank and Kwang Seok Kwon, by and through their attorneys of record, hereby certify that as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Teamblind, Inc. may have a non-financial interest in that subject matter or outcome of this action because it is the party from whom discovery is sought in this action and pursuant to Applicant's *Ex Parte* Application to Issue a Subpoena Pursuant to 28 U.S.C. § 1782.

- An unknown person or persons may have a non-financial interest in that subject matter or outcome of this action because Applicants seek discovery to uncover their identities, which are presently unknown to Applicants.

Pursuant to Federal Rule of Civil Procedure 7.1, Applicants Woori Bank and Kwang Seok Kwon, by and through their attorneys of record, hereby certify that Kwang Seok Kwon is an individual. Woori Bank is a wholly owned subsidiary of Woori Financial Group, a publicly-traded company organized under Korean law. No publicly-traded company owns 10% or more of Woori Financial Group's stock.

Dated: April 19, 2021          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____/s/ Kent Raygor_____
                                     KENT R. RAYGOR

                              *Attorneys for Applicants Woori Bank and*
                              *Kwang Seok Kwon*

SMRH:4826-0806-9603.2

WOORI BANK'S AND KWANG SEOK KWON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS and RULE 7.1 CORPORATE DISCLOSURE STATEMENT