**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, SB#130193
  Email: Michael.Johnson@lewisbrisbois.com
2185 N. California Blvd., Suite 300
Walnut Creek, CA 94596
Telephone: 925.357.3456
Facsimile:  925.478.3260

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JUSTIN S. KIM, SB#255980
  Email: Justin.Kim@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.668.5548
Facsimile:  714.850.1030

Attorneys for Subpoena Respondent,
TEAMBLIND INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF WOORI BANK AND KWANG SEOK KWON | CASE NO.  4:21-mc-80084-DMR |
| | The Hon. Magistrate Judge Donna M. Ryu |
| | **NOTICE OF APPEARANCE OF JUSTIN S. KIM AS COUNSEL FOR RESPONDENT TEAMBLIND, INC.** |

NOTICE OF APPEARANCE OF JUSTIN S. KIM AS COUNSEL FOR RESPONDENT TEAMBLIND, INC.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Justin S. Kim of the law firm Lewis Brisbois Bisgaard & Smith hereby makes an appearance as counsel of record on behalf of Respondent, TEAMBLIND, INC.  Mr. Kim is a member of the State Bar of California and admitted to practice in the United States District Court for the Northern District of California.  Mr. Kim can be contacted at the following address, email and telephone number:

> Justin S. Kim, Esq.
> Lewis Brisbois Bisgaard & Smith LLP
> 650 Town Center Drive, Suite 1400
> Costa Mesa, California 92626
> Telephone: 714.668.5548
> Email:  Justin.Kim@lewisbrisbois.com

Please serve counsel identified in this Notice of Appearance with all pleadings and notices in this proceeding.


DATED:  August 4, 2021                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                          By:  _____/s/ Justin S. Kim_____
                               Justin S. Kim
                               Attorneys for Subpoena Respondent
                               TEAMBLIND, INC.



4828-2047-7172.1

2

NOTICE OF APPEARANCE OF JUSTIN S. KIM AS COUNSEL FOR RESPONDENT TEAMBLIND, INC.