**LEWIS BRISBOIS BISGAARD & SMITH** LLP
MICHAEL K. JOHNSON, SB#130193
　Email: Michael.Johnson@lewisbrisbois.com
2185 N. California Blvd., Suite 300
Walnut Creek, CA 94596
Telephone: 925.357.3456
Facsimile:  925.478.3260

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JUSTIN S. KIM, SB#255980
　Email: Justin.Kim@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.668.5548
Facsimile:  714.850.1030

Attorneys for Nonparty, TEAMBLIND INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF WOORI BANK AND KWANG SEOK KWON | CASE NO.  4:21-mc-80084-DMR<br>The Hon. Magistrate Judge Donna M. Ryu<br><br>**RESPONDENT TEAMBLIND, INC.'S RULE 7.1 DISCLOSURES AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[Northern District Civil Local Rule 3-15]** |

4847-7914-8532.1                                1

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (List names and identify their connection and interest).

| **Entity** | **Relationship** |
|---|---|
| TeamBlind, Inc. | Respondent |
| Sunguk Moon | Respondent's Chief Executive Officer |

Pursuant to Federal Rule of Civil Procedure rule 7.1, Respondent, TeamBlind, Inc., through its attorneys of record, hereby certifies that it does not have a parent corporation and that there is no publicly held corporation owning 10% or more of TeamBlind, Inc.'s stock. TeamBlind reserves the right to update or amend this information as necessary.

DATED: August 4, 2021          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:      /s/ Justin S. Kim
Michael K. Johnson
Justin S. Kim
Attorneys for Subpoena Respondent
TEAMBLIND, INC.

