SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:     (310) 228-3700
Facsimile:      (310) 228-3701
Email:           KRaygor@sheppardmullin.com

*Attorneys for Applicants Woori Bank and Kwang Seok Kwon*

LEWIS BRISBOIS BISGAARD & SMITH LLP
MICHAEL K. JOHNSON, SB#130193
    Email: Michael.Johnson@lewisbrisbois.com
2185 N. California Blvd., Suite 300
Walnut Creek, CA 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

LEWIS BRISBOIS BISGAARD & SMITH LLP
JUSTIN S. KIM, SB#255980
    Email: Justin.Kim@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.668.5548
Facsimile: 714.850.1030

*Attorneys for Subpoena Respondent TeamBlind, Inc.*

UNITED STATES DISTRICT COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF WOORI BANK AND KWANG SEOK KWON PURSUANT TO 28 U.S.C. § 1782<br><br>*Applicants*. | Case No. 4:21-mc-80084-DMR<br><br>**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE ON TEAMBLIND, INC.'S MOTION TO VACATE ORDER ON EX PARTE APPLICATION AND QUASH SUBPOENA; and**<br><br>**[PROPOSED] ORDER**<br><br>Hearing date: October 14, 2021, 1 p.m. |

Pursuant to Civil Local Rules 6-2 and 7-12, Applicants Woori Bank and Kwang Seok Kwon ("Applicants"), and Respondent TeamBlind, Inc. ("Respondent") by and through their attorneys of record, hereby stipulate

 as follows:

WHEREAS, on June 28, 2021 the Court granted Applicants' *ex parte* application to issue a subpoena to Respondent, pursuant to 28 U.S.C. § 1782 and provided 30 calendar days from the date of service of the subpoena upon Respondent for Respondent to file any motions in this court to contest the subpoena (ECF 5);

WHEREAS, on August 5, 2021, Respondent filed a motion to vacate the Court's Order on Applicants' *ex parte* application and to quash the subpoena to Respondent ("Motion to Quash") (ECF 9);

WHEREAS, the hearing on Respondent's Motion to Quash is set for October 14, 2021 at 1:00 p.m.;

WHEREAS, Applicants opposition is currently due August 19, 2021 and Respondent's reply is currently due August 26, 2021;

WHEREAS, to provide the parties additional time to brief the issues raised by Respondent's Motion to Quash, the parties hereby stipulate to request the Court extend the briefing schedule on the Motion to Quash as follows:

- Applicants' opposition to the Motion to Quash will be due on September 3, 2021,
- Respondent's reply in support of the Motion to Quash will be due on September 24, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  August 16, 2021 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By    /s/ Kent Raygor |
| | KENT R. RAYGOR |
| | *Attorneys for Applicants Woori Bank and Kwang Seok Kwon* |

| | |
|---|---|
| Dated:  August 16, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By    /s/ Justin S. Kim |
| | Michael K. Johnson |
| | Justin S. Kim |
| | *Attorneys for Subpoena Respondent TeamBlind, Inc.* |

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Subpoena Respondent TeamBlind, Inc. whose electronic signature appears above has concurred in this filing.

| | |
|---|---|
| Dated:  August 16, 2021 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By    /s/ Kent Raygor |
| | KENT R. RAYGOR |
| | *Attorneys for Applicants Woori Bank and Kwang Seok Kwon* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

- Applicants' opposition to the Motion to Quash will be due on September 3, 2021,
- Respondent's reply in support of the Motion to Quash will be due on September 24, 2021.

Dated: _____

                                             The Honorable Donna M. Ryu
                                             United States Magistrate Judge