1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, SB#130193
2    Email: Michael.Johnson@lewisbrisbois.com
2185 N. California Blvd., Suite 300
3 Walnut Creek, CA 94596
Telephone: 925.357.3456
4 Facsimile:  925.478.3260

5 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
JUSTIN S. KIM, SB#255980
6    Email: Justin.Kim@lewisbrisbois.com
650 Town Center Drive, Suite 1400
7 Costa Mesa, California 92626
Telephone: 714.668.5548
8 Facsimile:  714.850.1030

9 Attorneys for Subpoena Respondent,
TEAMBLIND INC.
10

11 UNITED STATES DISTRICT COURT

12 FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
13

| IN RE EX PARTE APPLICATION OF WOORI BANK AND KWANG SEOK KWON | CASE NO.  4:21-mc-80084-DMR<br>The Hon. Magistrate Judge Donna M. Ryu<br><br>**SUPPLEMENTAL DECLARATION OF SUNGUK MOON IN SUPPORT OF SUBPOENA RESPONDENT TEAMBLIND, INC.'S MOTION TO VACATE ORDER AND QUASH SUBPOENA OF WOORI BANK AND KWANG SEOK KWON**<br><br>**Date:   October 14, 2021**<br>**Time:   1:00 p.m.**<br>**Courtroom 4, 3rd Floor**<br><br>*[Filed and Served Concurrently with Reply Brief in Support of Motion to Quash]* |
|---|---|



4850-8107-0323.1

1

SUPPLEMENTAL DECLARATION OF SUNGUK MOON IN SUPPORT OF RESPONDENT TEAMBLIND, INC.'S MOTION TO VACATE ORDER AND QUASH SUBPOENA

## SUPPLEMENTAL DECLARATION OF SUNGUK MOON

I, Sunguk Moon, declare as follows:

1. I am the founder and Chief Executive Officer of TeamBlind Inc. I am submitting this supplemental declaration in connection with TeamBlind's Reply Brief in Support of the Motion to Quash the subpoena of Woori Bank and Kwang Seok Kwon ("Applicants").

2. The Supplemental Declaration of Jae Ho Kim, (Docket nos. 12-2 and 12-3) includes five online stories regarding Blind regarding instances wherein third parties or users disputed or complained of various content that was posted on Blind. The news story attached as Exhibit T discusses instances of cyberbullying across various social media platforms in Korea. In their Opposition to the Motion to quash, Applicants misrepresent a story attached as Exhibit U regarding a suicide note posted by a Blind user, claiming that "TeamBlind refused to provide any information to help avert the employee's suicide," when the story clearly states that, in response to the inquiry for specific identifying information such as name, address, resident registration number and phone number, TeamBlind did not possess any of the requested information and as such, was unable to provide any information, despite its desire to do so. Applicants suggest that, due to the lack of identifying information from TeamBlind, the poster committed suicide, when the story plainly states that no such tragedy occurred.

3. As with other social media related entities, TeamBlind encounters situations in Korea when third parties or users dispute statements posted online and controversy inevitably arises as a result of user generated content. Blind implements a post monitoring system and also employs teams of content moderators who identify and remove potentially objectionable content.

4. Since its inception in 2013 in Korea, hundreds of online stories have been written about the positive social impact of the Blind app in Korea. The five stories attached as Exhibits Q to U to the Declaration of Jae Ho Kim are unrepresentative of the aggregate positive social impact of the app in Korea. For example, on June 22, 2021,

1  Reuters reported how, in Korea, Blind "is helping change management attitudes towards
2  workers in some of the nation's biggest companies," explaining that "The app, launched in
3  2013, reached a new level of influence after the coronavirus pandemic prompted
4  employees to seek online routes to remain in the loop and corporate executives began
5  paying closer attention."  Attached as **Exhibit 1** is a true and correct copy of June 22, 2021
6  Reuters news story entitled "*Messaging app helps take off blinders at top-down South*
7  *Korean chaebol culture,*" available at the following
8  URL:https://www.reuters.com/technology/messaging-app-helps-take-off-blinders-top-
9  down-south-korean-chaebol-culture-2021-06-22/ (accessed September 9, 2021).
10         5.      The June 22, 2021 story followed Reuters' 2018 reporting that Blind "is
11  belatedly stirring the country's #MeToo movement, shedding new light on sexual
12  harassment in the heavily male-dominated corporate culture.  Attached as **Exhibit 2** is a
13  true and correct copy of June 22, 2021 Reuters news story entitled "*South Korean chat app*
14  *becomes new outlet for #MeToo movement,*" available at the following URL:
15  https://www.reuters.com/article/us-southkorea-metoo-app/south-korean-chat-app-
16  becomes-new-outlet-for-metoo-movement-idUSKCN1G60IM (accessed September 8,
17  2021).  In September, 2020, I discussed perceptions of gender inequality among Korean
18  workers at the United Nations Global Compact summit, as reported in the news story
19  attached as **Exhibit 3**, originally written in Korean and converted to English.  During the
20  pandemic, Blind has further been utilized for a variety of purposes in Korea, including
21  compiling statistics on workplace sentiment regarding COVID vaccination rates, as
22  discussed in the news story attached as **Exhibit 4**, originally written in Korean and
23  converted to English.
24         6.      On February 16, 2021, when the subject post which Applicants seek
25  information on was uploaded, TeamBlind utilized its discretion, as it retains the right to do
26  per its Terms of Service and the subject post was deleted approximately one hour after it
27  was posted.  Additionally, the subsequent re-posts on February 26, 2021 were also
28  removed from the Woori Bank channel within approximately 40 minutes of being posted.

7.     Applicants mistakenly claim that TeamBlind refuses to comply with government authorities in Korea and refuses to provide information.  On July 8, 2021, I spent four hours speaking with representatives of the Namdaemun District police station in Seoul, discussing the app and its anonymity features, in response to the inquiries.  TeamBlind continues to interact with the Namdeamun police station with regard to this matter in Korea.

8.     TeamBlind cannot directly communicate with each of the usernames to serve a copy of the Court's June 28, 2021 Order and the subpoena.  As the Blind system is designed, there is no "direct messaging" feature that could be utilized in this case through the Application.  TeamBlind has also never reached out to a specific user in a private company channel such as Woori Bank in the past, and the system only allows verified Woori Bank employees to view and post in the private Woori Bank channel.  TeamBlind does not retain email addresses, or possess any records of physical addresses where it could effectuate service of the Order and the subpoena.  Applicants' claim that TeamBlind refused to comply with this Court's June 28, 2021 Order is false.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of September, 2021 in Seoul, Korea.

By: 
Sunguk Moon

4850-8107-0323.1

4

SUPPLEMENTAL DECLARATION OF SUNGUK MOON IN SUPPORT OF RESPONDENT TEAMBLIND, INC.'S MOTION TO VACATE ORDER AND QUASH SUBPOENA