# Exhibit 3
## to Supplemental Declaration of Sunguk Moon




| View all | recent | politics | society | economy | culture | life | opinion | Planning / Serialization |

tip   Paper newspaper subscription   Sponsorship and PDF subscription

HOME > society

# 81% of female employees "The level of gender equality in the company is low"… 'Discrimination in promotion, evaluation, and compensation opportunities' deep sea

Reporter Jin Hye-min | Approval 2020.12.01 20:35 | Edited 2020-12-01 20:35 | 0 comments



> Only 33% of male office workers agree… I felt discrimination in 'work/department/location'



Blind CEO Moon Seong-wook announced the results of a survey on the perception of gender equality among Korean workers at the 'UNGC Korea Leaders Summit 2020' held at KT Square Dream Hall in Gwanghwamun, Seoul on the 25th. (Photo = provided by blinds)

It was found that 81% of female office workers perceived that "the level of gender equality in the company is low". On the other hand, only 33% of male office workers responded that the level of gender equality was low, revealing a large gap in perception between women and

men.

Blind CEO Moon Seong-wook revealed the results of a survey on the perception of gender equality among Korean workers at the 'UNGC Korea Leaders Summit 2020' held at KT Square Dream Hall in Gwanghwamun, Seoul in November.

In this survey conducted through a blind mobile app on 3,493 Korean employees working in the KOSPI 500 companies from November 4 to 10, 53% of Korean employees rated the level of gender equality at the company they work for as low.

There was a significant difference in responses between male and female workers. 81% of women answered that 'the level of gender equality in the company they work for is low'. On the other hand, male workers accounted for only 33%.

Regarding 'the most serious type of gender discrimination that occurs in the company you are working for', female employees ranked 'discrimination in promotion/evaluation/reward opportunity' the highest. On the other hand, in the case of male office workers, the most common response was 'discrimination in work/department/location'.

When asked about specific discriminatory situations in a subjective way to male office workers who answered 'discrimination in work/department/arrangement', they said, 'A man is assigned a more difficult task than a woman, such as carrying heavy loads and on duty. They experience reverse discrimination.' There were many answers such as

Also, it was found that the older the working age group, the more men perceived that there was no glass ceiling.

In the question 'Do you think there is a glass ceiling that prevents women from advancing into senior positions in your company?', there was still a gender gap in perception. 70% of male office workers answered that 'a glass ceiling does not exist in the company', while 72% of female employees answered that 'a glass ceiling exists'.

Classifying the responses by generation of respondents, those in their twenties answered that there was a glass ceiling at the highest rate, and the older the age group, the more they thought that there was no glass ceiling.

CEO Moon said, "The gender gap in the perception of gender equality within a company is not a problem between men and women. "It should be viewed as a problem between groups that are discriminated against and those that are not, like race and religion," he said. emphasized that

On the other hand, Blind is a global office worker community that surpassed 4 million employees worldwide in September, and in Korea, 80% of employees at large corporations have subscribers. Even in Silicon Valley, where it is headquartered, 90% of Microsoft employees and 70% of Facebook employees signed up, which is similar to that of South Korea.

Copyright holder © Women's Newspaper Unauthorized reproduction and redistribution prohibited

 Reporter Jin Hye-min hmj@womennews.co.kr
View other articles

### Did you like the article ? ♥

Since its inception in 1988, the Women's Newspaper is the first and only weekly magazine on women's issues in Korea and the world that has been striving to promote women's human rights and realize gender equality.
For a better life for women, the women's newspaper discovers and spreads hopeful contents in the

---

이 콘텐츠는 보셨나요?   by

 [영상] 대선주자 이낙연 의원 "여성의 삶 지켜 ...

 주가 급등 예측한 인공지능, 거의 예언가 수준
모스트인베스트

 경북여성정책개발원, 함께해요! 양성평등 공감...

 2021년 주식, 묻어두면 돈된다...'이렇게' 해라.
필승투자

 [만남] 이낙연 "임금격차·유리천장 해소하겠다......



**Become a female newspaper friend**

  

**Facebook**



**Twitter**



fields of 'safety, social status, wise consumption and healthy families'.

If you like our article, please support the good article.

Your support will allow the women's newspaper to continue to work for women in this land.

**Sponsor a good article for a women's newspaper**

- ○ 1,000 won
- ○ 3,000 won
- ○ 5,000 won
- ⦿ 10,000 won
- ○ 30,000 won
- ○ 50,000 won
- ○ Donate regularly

[ Sponsor ]

※ The precious donations will be used to make better articles.

## Related articles

└ Family of owners of large corporations promote…
└ 1 in 4 employees in 2030 "dream of early retire…
└ Women earn '124,000 won' less than men... The …

## 관련기사

└ [영상] 대선주자 이낙연 의원 "여성의 삶 지켜 드리겠습니다"
└ 경북여성정책개발원, 함께해요! 양성평등 공감콘서트·포럼 열어
AD 묻어두면 대박 날 주식, 50만원 있다면 "이것" 해라.
└ [만남] 이낙연 "임금격차·유리천장 해소하겠다… '동수내각'이 목표"
└ 청년 여성과 남성, '성평등'으로 소통한다
AD 묻어두면 대박 날 주식, 50만원 있다면 "이렇게" 해라.

by

**0 comments**

Available after login.

✓ **latest order**    Recommended order

## latest article

- **Former special prosecutor Park Young-soo in the**
- **2,049 new confirmed cases, 2,000 for two days**
- **Euljiro 4-ga Station is 'BC Card Station'...**
- **Kim Ho-jung's fandom shows the potential of**

| [Women's Newspaper No. 1662] Electronic | 'Biden appoints Judy Koh', a Korean woman, to | North Korea unable to participate in Beijing | What is the direction of the gender equality policy |
|---|---|---|---|

**당신에게 추천하는 콘텐츠**  by

| 홍대 미대 학생회 "교수가 학생에 성… | 강제노역 피해자 유족, 일본기업 상대 … | 100만원 주식 여유자금 있다면 '이렇게'… | [영상] 대선주자 이낙연 의원 "여성의 삶… |
|---|---|---|---|
| 2021년 주식, 묻어두면 돈된다…'이렇게'… | 서정숙 의원 "성별임금격차 OECD 최하… | 바이든, 미 연방고법 판사에 한국계 여… | 주식장 마감 "10분"전에 '이렇게' 하… |

## About Us

Introduction of women's newspapers
Subscribe and sponsor
article report
question
complaint
Privacy Statement
RSS
**English**

## Information

Women's Newspaper Co., Ltd.　｜　CEO : Hyo-Sun Kim
1st floor, Golden Bridge Building, 50, Chungjeong-ro, Seodaemun-gu, Seoul (222 3-ga)
Main phone number: 02-318-9300　｜　Fax: 070-7016-0440
Business registration number: 214-81-03304

women's newspaper
Publisher/Editor: Kim Hyo-sun　｜
Youth Protection Officer : Shin Jun-cheol
Registration number: Seoul-DA06480　｜
Registration Date: 1988-04-30

## Membership

log in
join the membership
Find ID/Password

## Related Sites

women's marathon
Korea Women's Sports Awards
Women's Culture Network
Women's News Twitter
women's newspaper facebook
women's newspaper youtube

The intellectual property rights of all contents such as videos, articles, and photos of the women's newspapers belong to the women's newspapers and are protected by the relevant laws.
C o pyright 2021 Women's Newspaper Co., Ltd. All rights reserved. mail to admin@womennews.co.kr

POWERED BY NC