# Exhibit 4
## to Supplemental Declaration of Sunguk Moon

매일경제　　　　　　　　　　　　　　　　　　　　　　　　　　　Subscribe　log in　join the members

**news**　opinion　premium　entertainments　sports　stock　real estate

economy　Enterprise　society　International　real estate　stock　politics　IT & Science　culture　Planning and serialization　Special Edition　popular news　cr

# Rep. Jeon Bong-min raises suspicion of rigging bids for flu vaccines

> Assemblyman Jeon Bong-min pointed out from the National Welfare Committee's report on the 7th,
> "The bid amount of companies such as Shinsung Pharmaceutical is the same." 42% of a
>
> survey of 5,400 office workers in the blind app
> said, "I will not vaccinate my children."

Reporter Seo Jin - woo　Input: 2020.10.07 14:59:52　 0　　　   

Although 480,000 doses for free national vaccination were collected due to the exposure to room temperature flu (influenza) vaccine, 554 people have already vaccinated.

On the 7th, Rep. Jeon Bong-min of People's Strength pointed out that through the National Assembly's Health and Welfare Committee audit on the same day. According to the results of 'This year's flu vaccine purchase' published on the Public Procurement Service's Nara Marketplace, the former lawmaker said that the bid amount of 8 companies in the 2nd place in addition to the 1st place that offered the lowest price for the national flu vaccine this time was 108.492057,800 won. He pointed out that all units were consistent. Shinsung Pharmaceutical is also included in the second ranking.

"According to the bidding results, the Korea Centers for Disease Control and Prevention requested that they receive and submit supply agreements from more than 5 flu vaccine manufacturers by September 3, just three days later, and only 7 manufacturers of Shinsung drugs out of the 9 first and second places," Jeon said. I was selected as the final operator by submitting the confirmation letter I received from the company."

In particular, it was revealed that Shinsung New Pharm, an affiliate of Shinsung Pharm, which was finally selected as a business operator, participated in this bid. Shinsung New Pharm submitted the same bid amount as Shinsung Pharm and was selected as the second-ranked company. Regarding this, Rep. Jeon pointed out, "If the bid amount of the eight second-ranked companies is the same, it may be suspected of rigging the supply bid."

Minister of Health and Welfare Park Neung-hoo, who was pointed out by former lawmakers, said at the head of the National Assembly on the same day, "The Korea Centers for Disease Control and Prevention is not directly involved in the procurement of influenza vaccines, but it is being received through the Public Procurement Service, but there seems to be a problem in the procurement and delivery process." I will intervene."

Meanwhile, 4 out of 10 office workers in Korea say they will not vaccinate their children with free flu vaccine, drawing attention. According to the results of a 'Flu Vaccination Intention' conducted by a

**Main News**

"Is it real?"... Deposits with high interest up to 11% are pouring in

"It's actually a slave..." Even the national identification card..

"6.2 trillion disappeared in the morning Naver Kakao..

A man with a knife in Kakao Naver... P gang..

Police introduces 9 additional trailer-ty fences

**popular news**

Synthesis　　　entertainments

1　"Actually, it's a slave, but it's a holy bone"... Now the national subsidy ID

2　"Is it real?"... Deposits with high interest rates of up to 11% are pourin problem is...

3　"In the morning alone, 6.2 trillion disappeared... It fell terribly" Naver ..

4　"I got the vaccine, but I don't have antibodies"... government without act

5　75% fatality rate, 'coma' within 48 hours if caught... than Corona.

**Most shared articles**

former lawmaker and a blind application (app) for 5,405 office workers on the 5th and 6th of the last month, among office workers, those who have completed or are willing to receive the flu vaccine 73.3% of the respondents. On the other hand, only 13.3% answered that they would not be vaccinated.

However, even after the flu vaccine safety test was completed, it was confirmed that 42.7% of the respondents said they would not vaccinate their children. The response rate of 'I will vaccinate' was 43%, indicating that the intention to vaccinate children was tight. This is interpreted as an unusual result, considering that the intention to inoculate yourself reached 73.3%.

The majority of opinions were that the distribution company (Shinsung Pharm) was responsible for stopping the free vaccination due to exposure to room temperature for this flu vaccine. More than half (56%) said so. However, 39.5% of the respondents answered that the government in charge of the project is also responsible.

[Reporter Jinwoo Seo]
[ⓒ Maeil Business & mk.co.kr, unauthorized reproduction and redistribution prohibited]

#mid term  #venture

**Today's Hot News**

"Is it real?"... Up to 11% high interest rate deposits are pouring in    2 hours 6 minutes
"6.2 trillion disappeared in the morning alone" Naver Kakao shareholder laments    5 hours 3 minutes
A man with a knife in Kakao Naver... Platform Abuse Act Drive    3 hours 23 minutes
Police introduces 9 additional trailer-type safety fences    1 hour 20 minutes

**Articles you might like**

No title                                                                                          by



국민 10명 중 7명 "'위드 코로나' 전환 찬성...11월 말이 적당"



주가 급등 예측한 인공지능, 거의 예언가 수준



[포토] 남성잡지 '커버걸' 장식 이한별



한국, 백신 접종률 OECD 꼴찌 탈출...38개국 중 33위,...



"사고 치는 연예인보다 낫네"...진짜 사람 대신 가상...

Sidebar:

1691 [Exclusive] Why are you buying Korea?
1410 Black gray hair without dyeing... Shampoo...
800 Ginseng that has become Aemu Complex, only 2 trillion in stock...
501 Indiscriminate 'uncomfortable' ev LH target for surgery.
255 91% of self-employed people sa Corona continues...
220 Jun-pyo Hong's 'first place' 32.5%
208 THE World University Ranking, S National University 5..
207 "You don't have a lot of money have no desire to buy"... M..
205 "The youngest SUV, salute Caspe
177 [Exclusive] Only the pattern with transmission line connected ..

**Photo**



주노,23세 연하 아내와 '10주



도전! GOLF 필드레슨
문의 : 02-2000-5469

comment



이거 하나면 완전 편해~대체 뭐길래?
공감생활

댓글을 입력해 주세요.

등록

첫 번째 댓글을 작성해 보세요.

© LiveRe.

**attention**

- [Maekyung Securities Center] What is the stock market at this time?
- [The stock market at this time] Comprehensive exchange and KOSDAQ market conditions
- [Featured stock at this time] Trading trends by investor, issue themes..
- [Securities Report] Summary of the latest securities company report



| news | opinion | sports | life | premium | finance | business | education |
|---|---|---|---|---|---|---|---|
| economy | editorial | baseball | weather | Maekyung e Newspaper | stock | Nikkei Telecom | offline education |
| Enterprise | Registered column | Soccer | golf | Maekyung Premium | real estate | New corporation | Children's Econo |
| society | Outside column | Billiards | Travel | Radar M | economic term | Korea Data Exchange | Maekyung TEST |
| International | Maekyung Forum | Normal | Book | Radar P | | | |
| real estate | Maekyung Desk | | uber people site | Today's Maekyeong | **magazine** | | **service** |
| stock | Weekend column | **entertainments** | MK Life Design Center | | Maekyung ECONOMY | | Subscribe |
| politics | special column | Main News | LUXURY M | **campaign** | Maekyung LUXMEN | | MK Mobile |
| IT & Science | professional reporter column | star interview | Car | World Knowledge Forum | city life | | Newspaper PDF |
| culture | reporter 24 hours | TV · Broadcast | | National Reporting Contest | golf people | | Twitter |
| Planning and serialization | | song · music | | World Korean Business Convention | | | Facebook |
| Special Edition | | movie | | Jung Jin-ki Media Culture Award | | | RSS |
| Pulse | | overseas entertainment | | Maekyung Open | | | newsletter |
| MK China | | | | | | | |
| MK Japan | | | | | | | |



Maekyun

**Maeil Economic Daily**   About Us   Company History   Advertising information   Subscribe   Talent Recruitment

**Maekyung.com**   About Us   Advertising information   **privacy policy**   Membership Terms   Reader Opinion   Service inquiry   Youth Protection Policy

190, Toegye-ro, Jung-gu, Seoul   ☎ 02) 2000-2114   Internet newspaper registration number: Seoul A01043   Registration Date: 2009.11.30   Issue Date: 2009.11.30

Publisher/Editor : Kim Jung-wook   site map   Copyright (c) **Maekyung.com** . All rights reserved.   RSS