**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, SB#130193
    Email: Michael.Johnson@lewisbrisbois.com
2185 N. California Blvd., Suite 300
Walnut Creek, CA 94596
Telephone: 925.357.3456
Facsimile:  925.478.3260

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JUSTIN S. KIM, SB#255980
    Email: Justin.Kim@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.668.5548
Facsimile:  714.850.1030

Attorneys for Subpoena Respondent,
TEAMBLIND INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF WOORI BANK AND KWANG SEOK KWON | CASE NO.  4:21-mc-80084-DMR<br>The Hon. Magistrate Judge Donna M. Ryu<br><br>**SUBPOENA RESPONDENT TEAMBLIND INC.'S REQUEST FOR ORAL ARGUMENT ON MOTION TO VACATE ORDER ON EX PARTE APPLICATION AND QUASH SUBPOENA OF WOORI BANK AND KWANG SEOK KWON**<br><br>**Date:    October 14, 2021**<br>**Time:    1:00 p.m.**<br>**Courtroom 4, 3rd Floor** |

4852-0721-2541.1

1

SUBPOENA RESPONDENT TEAMBLIND INC.'S REQUEST FOR ORAL ARGUMENT ON MOTION TO VACATE ORDER ON EX PARTE APPLICATION AND QUASH SUBPOENA

**TO THE HONORABLE COURT AND ALL PARTIES:**

Nonparty Subpoena Respondent TEAMBLIND INC. respectfully requests that the Court set oral argument on its Motion to Vacate the Order on the Ex Parte Application of WOORI BANK and KWANG SEOK KWON and Quash the Subpoena (Docket no. 9), currently scheduled for hearing on October 14, 2021 at 1:00 p.m. in Courtroom 4.

DATED: September 30, 2021                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ____/s/ Justin S. Kim____
Attorneys for Subpoena Respondent
TEAMBLIND INC.