SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:     (310) 228-3700
Facsimile:     (310) 228-3701
Email:         KRaygor@sheppardmullin.com

*Attorneys for Applicants Woori Bank and Kwang Seok Kwon*

LEWIS BRISBOIS BISGAARD & SMITH LLP
MICHAEL K. JOHNSON, SB#130193
    Email: Michael.Johnson@lewisbrisbois.com
2185 N. California Blvd., Suite 300
Walnut Creek, CA 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

LEWIS BRISBOIS BISGAARD & SMITH LLP
JUSTIN S. KIM, SB#255980
    Email: Justin.Kim@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.668.5548
Facsimile: 714.850.1030

*Attorneys for Subpoena Respondent TeamBlind Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE *EX PARTE* APPLICATION OF WOORI BANK AND KWANG SEOK KWON PURSUANT TO 28 U.S.C. § 1782<br><br>*Applicants*. | Case No. 4:21-mc-80084-DMR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Applicants Woori Bank and Kwang Seok Kwon ("Applicants"), and Respondent TeamBlind Inc. ("Respondent") (collectively the "Parties") by and through their attorneys of record, hereby stipulate to dismiss this action without prejudice, effective immediately.[1]

Each Party will bear its own attorney's fees and costs.

Dated: October 8, 2021        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Kent Raygor*
KENT R. RAYGOR
***Attorneys for Applicants Woori Bank and Kwang Seok Kwon***

Dated: October 8, 2021        LEWIS BRISBOIS BISGAARD & SMITH LLP

By  */s/ Justin Kim*
Michael K. Johnson
Justin S. Kim
***Attorneys for Subpoena Respondent TeamBlind Inc.***

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Respondent whose electronic signature appears above has concurred in this filing.

Dated: October 8, 2021        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Kent Raygor*
KENT R. RAYGOR
***Attorneys for Applicants Woori Bank and Kwang Seok Kwon***

---

[1] Consistent with this dismissal, the Parties request that the Court vacate the hearing on Respondent's Motion to Vacate Order on *Ex Parte* Application and Quash Subpoena of Applicants Woori Bank and Kwang Seok Kwon (ECF 9) currently set for October 14, 2021 at 1:00 pm is vacated.

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  This action is dismissed without prejudice.

4  Each Party will bear its own attorney's fees and costs.

5  The hearing on Respondent's Motion to Vacate Order on *Ex Parte* Application and Quash Subpoena of Applicants Woori Bank and Kwang Seok Kwon (ECF 9) currently set for October 14, 2021 at 1:00 pm, and all other deadlines in this Action, are vacated.

Dated: Oct. 8, 2021

_____
The Honorable Donna M. Ryu
United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu